Federal Conspiracy 8.23

5-23CV-179-C

I charge that there is a conspiracy against me to have me silenced and indefinitely confined by presentation of the following:

① I was not given 70.5 months of flat time awarded by a Judge in Lubbock County

② Shortly after my release from TDCJ, I was in a suspicious motorcycle accident the same day I bought the bike.

③ I was detained at church for using a legal vaporizer and was humiliated.

④ I was detained at Cabela's for using my phone on speaker phone to listen to music.

⑤ I was arrested at the same place I bought my motorcycle for using free speech online, I did not make any threats.

PLEASE share this packet with the US Marshals, I need help in this matter.

Sincerely, James A. Casias

Lauren Mayberry, of Glasgow, Scotland

Hello, I know that it's been quite a journey to get to this point but I want you to know it's well under control.

I hold the sanctity of marriage in a most sacred regard and I want to officially propose to you in person.

You see, I've been virtually following you for quite some time and I finally have my hands on a business endeavor that can adequately fund a marriage.

I've designed a way for couples to get married called a "Block Wedding" or a wedding with a certain type of Note linking the two together eternally.

I have everything I need to wed you at once, and I will finish all the legal work involved with it over the next few months.

Long story short, there has been an investigation into my ability to perform magikal feats under a company I call Syndicate. They do magik productions.

I'm a priest (and will recieve official government credentials) capable of joining bride and groom in what I titled "A Black Wedding."

The specific type of Note is tied to a specific type of Money that has been excepted by the legal system for quite som time now.

What they often call "under the table" dealings are actually now very openly transacted Notes and Monies that cover all the costs of joining bride and groom.

I must stress this is an eternal joining, and what God joins together, no man can seperate.

I charge $200,000.00 to do a Black Wedding, and ours is no different.

I've been investigated for some time now and have worked with Law Enforcement for over a decade to figure out this exact solution.

I will send this paperwork to you by way of the US Marshalls and will summon you to appear before me shortly after finishing all of the leg work here at the office.

You can move here to Lubbock with me, I'll use the $200,000.00 from what I earn in this wedding to buy us a simple house I've already picked out.

The house is a small white cottage on the Southwest corner of 19th and Slide in Lubbock, Texas. Feel free to check it out online.

I love you very much and can't wait to see you in person finally.
                    Sincerely, James Ho Casias.



I, James H. Cousins, contend that my total loss of self defending a Lauren E. Mayberry warrants an in person meeting, a public meeting. As evidence I present video footage of Lauren wearing white and selecting me AND I present the "Ghost Bride" as follows:

"Coin collector"

"Ghost Bride"

Picture representative of the total spending of my $13k in bitcoin

Picture of "Ghost Bride" representing an affirmative action

NOTE: The 2 pictures taken together in relation to my 5.23 arrest show a viable amount of money and cash flow, i.e., by way of Black Wedding.

_____   8.5.23
Groom signature    Date

_____   _____   X
Bride Signature    Date     Syndicate

8·5·23

# D.Note and B.Money Designation

1⁰⁰ D.Note = 100 Crypt Coin

1⁰⁰ Crypt Coin = $200,000⁰⁰

1⁰⁰ B.Money = 100 Truth Coin

1⁰⁰ Truth Coin = $200,000⁰⁰

Example: 1⁰⁰ Truth Coin used to get a plea negotiation of time served.

WHILE

1⁰⁰ Crypt Coin used to get a warrant for conspiracy.

1⁰⁰ D.Note is linked to a Costa Que Account at the Federal Reserve Bank

1⁰⁰ B.Money is linked to a scrap of evidence carrying a life sentence

I paid 1⁰⁰ Crypt Coin to Lauren Mayberry in early 2023.

_____     James Casias     8·5·23     X_____
Signature                 Name             Date       Syndicate



Lubbock County Detention Center
Inmate Name _____
SO# _____
PO Box 9133
Seminole, FL 33775-9133

RECEIVED
AUG 11 2023
CLERK US ...
NORTH...

RETURN SERVICE REQUESTED

United States District Court
1205 Texas Avenue, Room 209
Lubbock, TX 79401
(9440)